474 A.2d 643

Commonwealth v. Murphy, Appellant.

Submitted January 4, 1984. Charles B. Swigart, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.

Jurisdiction relinquished.